E. H. BOAZ v. STATE.

No. 16953.

Court of Criminal Appeals of Texas.

Jan. 16, 1935.

1108

Clem Calhoun, of Amarillo, and Hamilton & Fitzgerald, of Memphis, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for aggravated assault; penalty assessed at a fine of $625.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.